# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 5, 2007

Charles R. Fulbruge III
Clerk

No. 07-50959
Conference Calendar

UNITED STATES OF AMERICA

                              Plaintiff-Appellee

v.

ANTONIO CASTRO-VENTURA, also known as Antonio Castro, also known as
Carlos Cabrera, also known as Tono Juarez, also known as Antonio Ventura
Castro, also known as Antonio Ventura, also known as Castro Ventura Ventura,
also known as Tono Guarez, also known as Antonio Ventura Juarez

                              Defendant-Appellant

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:07-CR-105-ALL

---

Before JOLLY, HIGGINBOTHAM, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Antonio Castro-Ventura raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. United States v. Pineda-Arrellano, 492 F.3d 624, 625 (5th Cir. 2007), petition for cert. filed (Aug.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

28, 2007) (No. 07-6202).  The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.